MORRIS DRUSS, Respondent, *v.* COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, March 15, 1928.

Insurance — liability insurance — policy required immediate notice of accident — defendant not liable where notice given two and one-half years after accident.

Defendant insurance company, covering plaintiff as landlord under a liability insurance policy which required that immediate written notice of an accident be given, is not liable for a claim concerning which plaintiff did not give notice until two and one-half years thereafter, although he had actual knowledge of the accident in due season.

APPEAL by defendant from judgment of the Municipal Court, Borough of Manhattan, Second District, in favor of plaintiff.

*Daniel Mungall,* for the appellant.

*Isidor Cohn,* for the respondent.

PER CURIAM. Plaintiff was a policyholder in the defendant company, which agreed to indemnify him against loss for liability imposed by law for damages on account of personal injuries. On February 4, 1921, plaintiff learned of an accident to a child of a tenant of a portion of a building owned by the plaintiff. The policy covered accidents to occupants of such building. It provided that " upon the occurrence of an accident covered by this policy the insured shall give immediate written notice thereof with the fullest information obtainable at the time." Plaintiff did not give such notice until some two years and a half thereafter. This

notice was too late and defendant ceased to be liable for any claim growing out of such accident.

Judgment reversed, with thirty dollars costs, and judgment directed for the defendant, with costs.

All concur; present, LYDON, LEVY and CRAIN, JJ.